**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

| | |
|---|---|
| ZAEVEON COOPER, | |
| Movant, | CIVIL ACTION NO.: 2:23-cv-78 |
| v. | |
| UNITED STATES OF AMERICA, | (Case No.: 2:21-cr-27) |
| Respondent. | |

## <u>O R D E R</u>

Movant Zaeveon Cooper ("Cooper") filed this 28 U.S.C. § 2255 Motion, which the Court

has reviewed.  Cooper attacks the conviction and sentence obtained in this Court in Case Number

2:21-cr-27.  Pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings, the Court

**ORDERS** the United States Attorney to file an answer or motion to dismiss within 30 days

stating what records and documents need to be produced to fully respond to the motion.[1]  The

Government shall also include in this response its position regarding the need for expansion of

the record authorized by Rule 7, evidentiary hearing authorized by Rule 8, and any additional

discovery necessary authorized by Rule 6 of the Rules Governing Section 2255 Proceedings.

The Court **DIRECTS** the Clerk of Court to forward a copy of this Order and a copy of

---

[1]      Examples of documents the Government may produce are an affidavit from Movant's trial
attorney, necessary transcripts, and the Pre-Sentence Investigation Report ("PSR").

Cooper's Motion for relief to the Savannah Office of the United States Attorney for the Southern District of Georgia.

      **SO ORDERED**, this 6th day of July, 2023.

                          _____
                          BENJAMIN W. CHEESBRO
                          UNITED STATES MAGISTRATE JUDGE
                          SOUTHERN DISTRICT OF GEORGIA